# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |

| BRADLEY GREGG | Case Number: | CR 05-4079-1-DEO |
| --- | --- | --- |
| | USM Number: | 03104-029 |

Robert Wichser
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    **1**    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Failure to Comply with Drug Testing | September 30, 2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 29, 2009
Date of Imposition of Judgment

*Donald E O'Brien*
Signature of Judge

Donald E. O'Brien, Senior U.S. District Judge
Name and Title of Judge

January 4, 2010
Date

DEFENDANT: **BRADLEY GREGG**
CASE NUMBER: **CR 05-4079-1-DEO**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : **6 months.**

■ The court makes the following recommendations to the Bureau of Prisons:

**The defendant be designated to a Bureau of Prisons facility in Rochester, Minnesota; Pekin, Illinois; or Oxford, Wisconsin, which is commensurate with his security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     **BRADLEY GREGG**
CASE NUMBER:   **CR 05-4079-1-DEO**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :  <u>**No supervised release shall be reimposed**</u>.